No. 620          November 29, 2023          315

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROXIE DEANE WALTON,
*Defendant-Appellant.*

Coos County Circuit Court
22CR12894; A179905

Martin E. Stone, Judge.

Submitted November 3, 2023.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Carla E. Edmondson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

ORTEGA, P. J.

Remanded for resentencing; otherwise affirmed.

**ORTEGA, P. J.**

Defendant appeals a judgment of conviction for violation of a stalking protective order. ORS 163.750. The court imposed a sentence of 18 months' bench probation and, in its judgment, included a special condition of probation that defendant "[k]eep [the] [c]ourt informed in writing of current mailing [address] and residence address and notify them of any change within 10 days." Defendant asserts that the court erred in imposing that condition because it was not announced in open court at sentencing. The state concedes the error. We agree and accept that concession. *See State v. Ewing*, 318 Or App 548, 549, 507 P3d 353 (2022) (remanding for resentencing for similar error in failing to announce special condition of probation at sentencing).

Remanded for resentencing; otherwise affirmed.